(121 App. Div. 588.)

### MAUCHER v. HARTZHEIM.

(Supreme Court, Appellate Division, Second Department.   October 23, 1907.)

CLERKS OF COURTS—LIABILITY FOR NEGLIGENCE—ABSTRACTS OF TITLE—DIMINUTION OF NAMES.

> If "Cassie" is a diminution of "Catherine," it is not so generally known or used; and where requisition was made upon a county clerk for a search against "Catherine J., wife of Edward J.," he was not negligent in omitting from his return a judgment against "Cassie J."

Appeal from Municipal Court of New York.

Action by Frank G. Maucher against Charles T. Hartzheim.   From a judgment for defendant, plaintiff appeals.   Affirmed.

Argued before HIRSCHBERG, P. J., and WOODWARD, GAYNOR, RICH, and MILLER, JJ.

C. W. Wilson, Jr., for appellant.
Ferd W. Buermeyer, for respondent.

GAYNOR, J. The plaintiff made a requisition on the defendant, who is the clerk of Kings county, for a search against "Catherine Joyce, wife of Edward Joyce," and this action is against the said clerk for damages for negligence in omitting from his return a judgment against Cassie Joyce. "Cassie" is said to be a diminution of Catherine, like Katie, but if it be it is not generally known or used as such. We are referred to no authority which would sustain the conclusion that the omission of the judgment was negligence.

The judgment is affirmed.

Judgment of the Municipal Court affirmed, with costs. All concur.